800

**Michael Jerome LOGAN**

v.

**STATE**

CR-13-1366

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Nathan SLATON**

v.

**STATE**

CR-13-1367

Court of Criminal Appeals of Alabama.

01/09/2015

Reh. denied

**Travis Dejuan TILLMAN**

v.

**STATE**

CR-13-1368

Court of Criminal Appeals of Alabama.

01/23/2015

Reh. denied

**Richard Conway DOBBINS**

v.

**STATE**

CR-13-1397

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/13/2015

Affirmed

**Joseph Aaron BARNES**

v.

**STATE**

CR-13-1399

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/20/2015

Affirmed